UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NETWORK CAPITAL FUNDING )<br>CORPORATION )<br>Defendant ) | **JUDGMENT**<br><br>No. 5:24-CV-358-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss are GRANTED. Plaintiff's claims are DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on May 27, 2025, and Copies To:**
Zachary Wayne Green / Alan Powell (via CM/ECF Notice of Electronic Filing)
Elizabeth Zwickert Timmermans / Kelly A. Warlich / Peter J. Wright (via CM/ECF Notice of Electronic Filing)

May 27, 2025                    PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K.Collins
                                        (By) Sandra K. Collins, Deputy Clerk